FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 2:22-CR-00052-TOR-4 |
| Plaintiff, | |
| vs. | ORDER QUASHING ARREST WARRANT |
| NATHANIEL A. RICHARDS, | |
| Defendant. | |

This matter coming before the above Court on the government's motion to quash the arrest warrant; and the Court having reviewed the files and the records herein;

IT IS HEREBY ORDERED:

That the arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this  5th  day of  May , 2022.

_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE