# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATHAN G. RICHARDS (4),<br><br>　　　　　　　　　Defendant. | NO: 2:22-CR-0052-TOR-4<br><br>ORDER SETTING PRETRIAL DEADLINES AND TRIAL DATE |

**PLEASE TAKE NOTICE,** as indicated below, the jury trial and pretrial conference in the above captioned matter have been scheduled before the Honorable Thomas O. Rice. **Counsel for the defense shall notify the Defendant and ensure his attendance.**

All pretrial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **July 28, 2022**, and noted for hearing at the pretrial conference. Responses and replies to any pretrial motion shall be filed and served in accordance with Local Rule 7. If the Court determines an evidentiary

ORDER SETTING PRETRIAL DEADLINES AND TRIAL DATE ~ 1

hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

**The Pretrial Conference/Motions Hearing is scheduled for August 18, 2022, at 10:30 a.m., in Spokane Courtroom 902.** Counsel shall advise the Court regarding any dispositive change in the status of this case **prior to the pretrial conference.**

Any motion to continue the pretrial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant **must** provide the following: (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) a proposed new trial date or specific length of time. The Court's Speedy Trial waiver form shall be used and can be found at:

http://www.waed.uscourts.gov/sites/default/files/forms/tor_speedy_trial_waiver_0.pdf

Absent good cause shown, continuances are not freely granted.

Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists and expert and lay witness lists shall be filed and served by all parties no later than seven (7) calendar days prior to trial. **The jury trial in this matter is scheduled**

ORDER SETTING PRETRIAL DEADLINES AND TRIAL DATE ~ 2

**for August 29, 2022, at 8:30 a.m., in Spokane Courtroom 902.** Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection will begin promptly at 9:00 a.m.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED June 27, 2022.

THOMAS O. RICE
United States District Judge