Curran C. Dempsey
Curran C. Dempsey, PLLC
400 S. Jefferson, Suite 320
Spokane, Washington  99204
Telephone:  (509) 220-3258
Facsimile:   (509) 838-3038
Email:        ccdempsey@hotmail.com

Attorney for Defendant, Nathan G. Richards

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>NATHAN G. RICHARDS,<br><br>                    Defendant. | Case No. 2:22-CR-00052-TOR (4)<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

    Defendant, Nathan G. Richards, by and through his counsel, Curran C. Dempsey, submits the following sentencing memorandum.  Mr. Richards respectfully requests a sentence of time served. The government has also recommended a sentence of time served. (ECF 244)

DEFENDANT'S SENTENCING MEMORANDUM – PAGE 1

## Procedural Background

On August 15, 2023, Mr. Richards pled guilty to one count of the superseding indictment, which charged Possession of Stolen Ammunition, in violation of 18 U.S.C. §§ 922(j), 924 (a)(2). (ECF 241 at 4; PSIR at ¶4) Sentencing is currently scheduled for November 18, 2023.

## Evidence

Mr. Richards admitted to Count 2 of the superseding indictment in open court. (ECF 241 at 4, PSIR at ¶4)

## Adjusted Offense Level Computations

The plea agreement provides that the base offense level is 12. (ECF 241 at 4; PSIR at ¶5).  Mr. Richards receives a two-level reduction for acceptance of responsibility. (ECF 241 at 13, PSIR at ¶75)  Mr. Richards did not receive any criminal history points, under Chapter Four, Part A, which results in a two-level reduction under USSG §4C1.1. (ECF 241at 13, PSIR at ¶74)  The final Total Offense level is 8. (ECF 241 at 12-13; PSIR at ¶¶67-76).  The sentencing guideline range is 0-6 months. (ECF 241 at 19; PSIR at ¶114)  A sentence of imprisonment is not required under USSG 5C1.1(b). (ECF 241 at 19; PSIR at ¶114)  Moreover, a sentence other than imprisonment is generally appropriate in such cases. (ECF 241 at 19; PSIR at ¶115)  The government has recommended a sentence of time served, a fine of $ 2,000.00, and a three (3) year term of supervised relief. (ECF 244 at 1)

**CURRAN C. DEMPSEY, PLLC**
Attorney at Law
400 S. Jefferson, Suite 320
Spokane, WA 99204
(509) 220-3258

**Sentencing**

In devising a sentence that satisfied the "overarching provision instructing

sentencing courts to 'impose a sentence that is sufficient but not greater than

necessary' to accomplish the goals of sentencing," *United States v. Kimbrough*,

552 U.S. 85,101 (2007).  Judges "may vary [from Guideline ranges] based solely

on policy considerations, including disagreements with the Guidelines," and when

they do, the courts of appeal may not grant greater fact-finding leeway [to the

Commission] than to [the] district court judge. *Kimbrough*, 552 U.S. at 100-02.

*__18 U.S.C. § 3553(a) Factors__*

**The nature and circumstances of the offense/history and characteristics of the defendant show cause for a sentence of time served.**

The alleged offense of possession of stolen ammunition is serious.

However, other than the instant offense, Mr. Richards has never been charged with

a crime.  Mr. Richards is not involved in any gang activity, nor is he a known gang

member.  Mr. Richards is not a leader/organizer. Mr. Richards is not a racist, and

counts many people of color among his best friends and colleagues, particularly in

the military echelons.

Mr. Richards is viewed as an individual who is loved, supported and

respected by his family, friends and co-workers.  Mr. Richards has many fine

qualities, including intelligence, hard work ethic, big heart, and above all, extreme

**CURRAN C. DEMPSEY, PLLC**
Attorney at Law
400 S. Jefferson, Suite 320
Spokane, WA 99204
(509) 220-3258

loyalty. Mr. Richards' military career is one of honor, achievement and awards (ECF 241at 17-18; PSIR at ¶¶105-109)

**A sentence of time served protects the public and is adequate deterrence.**

At what point does incarceration have a deterrent effect?  Mr. Richards submits that a sentence of time served is a powerful deterrent. As a direct consequence of this case, Mr. Richards's service to his country was cut short, and this unfortunate matter will forever be a stain upon his military career.  It was also Mr. Richards' intention to go into law enforcement after his military service, but this conviction most likely precludes that career choice.

A sentence of time served is more than adequate as deterrence to future criminal conduct, protect the public, promote respect for the law, as well as provide just punishment. The requested sentence will achieve retributive justice, and is sufficient, but not greater than necessary, to satisfy the purposes of punishment.

Finally, other sections of 18 U.S.C. § 3553 that have not been specifically discussed should also be considered by the Court in making its determination, in so far as they are relevant.

DEFENDANT'S SENTENCING MEMORANDUM – PAGE 4

**CURRAN C. DEMPSEY, PLLC**
Attorney at Law
400 S. Jefferson, Suite 320
Spokane, WA 99204
(509) 220-3258

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CONCLUSION**

Mr. Richards respectfully requests a sentence of time served.  Mr. Richards

accepts the government's recommendation for a fine of $ 2,000.00, and a 3-year

term of supervised release.

RESPECTFULLY SUBMITTED this 8th day of November, 2023.

CURRAN C. DEMPSEY, PLLC


_____/s/ Curran C. Dempsey_____
CURRAN C. DEMPSEY, WSBA# 24084
Attorney for Defendant, Nathan G. Richards

**CURRAN C. DEMPSEY, PLLC**
Attorney at Law
400 S. Jefferson, Suite 320
Spokane, WA 99204
(509) 220-3258

1

2

## CERTIFICATE OF SERVICE

3

4        I hereby certify that on November 8, 2023, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System which will send
5   notification of such filing to the following: Patrick J. Cashman, Assistant United
States Attorney.

6

7

8                                    /s/ Curran C. Dempsey
                             CURRAN C. DEMPSEY, WSBA #24084
                             Attorney for Defendant
9                            Curran C. Dempsey, PLLC
                             400 S. Jefferson, Suite 320
10                           Spokane, Washington  99204
                             Telephone: (509) 220-3258
11                           Facsimile: (509) 838-3030
                             ccdempsey@hotmail.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CURRAN C. DEMPSEY, PLLC**
Attorney at Law
400 S. Jefferson, Suite 320
Spokane, WA 99204
(509) 220-3258